**James Kevin WARFORD, Appellant,**

v.

**UNITED PARCEL SERVICE, INC., Appellee.**

No. 11–1250.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 4, 2011.

Filed: Aug. 11, 2011.

James Kevin Warford, Rogers, AR, pro se.

Bahar Azhdari, Marcus M. Crider, John E.B. Gerth, Waller & Lansden, Nashville, TN, for Appellee.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Arkansas resident James Warford appeals the district court's[1] denial of his motion to remand his diversity action against United Parcel Service, Inc., which had been removed from Arkansas state court. After careful de novo review, *see In re Prempro Prods. Liab. Litig.*, 591 F.3d 613, 619 (8th Cir.2010), we conclude that, on its face, the complaint sufficiently demonstrated that the amount in controversy exceeded the jurisdictional amount. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The HONORABLE JIMM LARRY HENDREN, Chief Judge, United States District Court for the Western District of Arkansas.